(Dyk, Bryson, and Reyna, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

(Prost, Chief Judge, Wallach and Hughes, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

### NETLIST, INC., Appellant

v.

### SANDISK LLC, Cross-Appellant

2016-2274, 2016-2275, 2016-2338, 2016-2339

United States Court of Appeals, Federal Circuit.

November 14, 2017

### SMART MODULAR TECHNOLOGIES, INC., Appellant

v.

### NETLIST, INC., Appellee

2016-2666
2016-2667

United States Court of Appeals, Federal Circuit.

November 14, 2017

THOMAS J. WIMBISCUS, McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for appellant. Also represented by WAYNE BRADLEY, SCOTT P. MCBRIDE, GREGORY SCHODDE, RONALD SPUHLER.

JON WRIGHT, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for cross-appellant. Also represented by LORI A. GORDON, PAULINE PELLETIER, ROBERT EVAN SOKOHL.

MICHAEL FRANCIS HEAFEY, Troutman Sanders LLP, San Francisco, CA, argued for appellant. Also represented by ANUP M. SHAH, Charlotte, NC.

THOMAS J. WIMBISCUS, McAndrews, Held & Malloy, Ltd., Chicago, IL, argued for appellee. Also represented by WAYNE BRADLEY, SCOTT P. MCBRIDE, GREGORY SCHODDE, RONALD SPUHLER.